UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 13-10238-DPW |
| AZAMAT TAZHAYAKOV | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE REGARDING GOVERNMENT'S PROPOSED
## JURY QUESTIONNAIRE

The government submits herewith is proposed jury questionnaire. The parties attempted

to file a joint jury questionnaire but could not agree upon the proper scope and subject matter of

the questions. The government provided the defense a 40 question questionnaire on June 3, 2014

and yesterday received the defendant's proposed 137 question questionnaire. In response, the

government added 19 additional questions to its questionnaire. Many of the defendant's other

proposed questions are incorporated in the government's propose questionnaire. The

government, however, objects to the remaining detailed information requested by Tazhayakov

that appears unnecessarily to invade the privacy of potential jurors. For instance, the

government does not see the necessity of asking numerous questions regarding a potential juror's

reading and television watching habits as well as their internet usage and social media activity.

Nor does it believe questions should be asked that may prejudice any juror before they hear any

evidence in the case or refer to the religious affiliation of the defendant, which the defendant has

sought to exclude and the government does not intend to introduce.

Attached is the government's proposed questionnaire.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ B. Stephanie Siegmann*
B. STEPHANIE SIEGMANN
JOHN A. CAPIN
Assistant U.S. Attorneys

Certificate of Service

I do hereby certify that a copy of this notice and the government's proposed jruy questionnaire was served upon counsel of record via ECF on this 13th day of June 2014.

*/s/ B. Stephanie Siegmann*