UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------X

UNITED STATES OF AMERICA      :

      -v-             :      CASE No: 13-cr-10238-DPW

AZAMAT TAZHAYAKOV      :

                            :

      Defendant.

-----------------------------------------------------X

**PROPOSED JURY SELECTION PROCEDURE AND JUROR QUESTIONNAIRE
ON BEHALF OF DEFENDANT AZAMAT TAZHAYAKOV**

## PRELIMINARY STATEMENT

Defendant Azamat Tazhayakov, by and through his undersigned attorneys, respectfully submits the following proposed jury selection procedure and jury questionnaire. While the parties conferred in an effort to submit a joint questionnaire to the Court, the parties were ultimately unable to agree.

## I.   PROPOSED JURY SELECTION PROCEDURE

### A.   Introduction

The intent of the jury selection process is to obtain information through meaningful discussions with prospective jurors about their backgrounds, personal experiences, beliefs, or opinions that can affect *in any way* their ability to be a fair and impartial juror in a given case.

Fairness and impartiality are two separate concepts and should be explored separately.

In a community that has been greatly affected by an event such as the Marathon Bombing, many prospective jurors have felt a direct or indirect impact by knowing someone that was personally affected by the bombing, being affected themselves by worry, concern, or panic during the ensuing manhunt, participating in an event related to the Marathon itself, or commemorating the bombing.

In a case where there has been significant pre-trial publicity, the concept of impartiality is greatly tested as prospective jurors have been exposed to actual evidence that will be introduced during trial as well as rumors, opinion, speculation, and a great deal of information surrounding the crime that would be excluded in a court of law.

While jurors may attempt to separate out what they have previously experienced, seen, heard, or expressed from the actual testimony and evidence in court, the human brain is not a computer with easily separated file folders. Depending on the person, previous impressions,

correct and incorrect information about the case, and emotional reactions can easily color their interpretation of the actual evidence in a case.

It is not the mere existence of a bias but *how* that bias affects the neutrality and objectivity of the juror that has a potentially prejudicial effect. Thus, great care must be taken in a case with this type of pre-trial publicity and community impact to understand ALL of the factors that can impair both the Government's and especially a defendant's right to a fair and impartial jury.

While the Court and counsel may explore the ability of the juror to be fair and impartial during voir dire, the value of a questionnaire is to explore a juror's candid and unedited experiences and beliefs *prior to instruction*. For this reason, instruction on the law should be avoided in the questionnaire.

**B.**   **Proposed Procedure for an Effective and Efficient Jury Selection Process**

1.      Have jurors fill out questionnaires two weeks in advance of the first day of jury selection. It is advisable for them to fill the questionnaires out at the courthouse to minimize the chance of outside influence on their answers.

2.      The list of jurors will be randomized and the list given to both sides so that they can know the order in which jurors will be called.

3.      Counsel reviews the questionnaires and creates a list of jurors they believe should be struck for cause and confers with opposing counsel on a master list of stipulated hardship and cause challenges.

4.      Counsel for each side will submit their proposed list of stipulated jurors to the Court. Jurors on both lists are stipulated to for cause.  If agreed, they will then meet and confer

with the Judge on disputed hardship and cause challenges to see if additional challenges can be resolved.

5.      Those that have remaining hardship issues that need to be resolved in court can be called on the first day of jury selection. Either individually or in a group, the Judge can decide whether those jurors meet the qualification for hardship and will be dismissed.

6.      A final group of jurors is assembled and arranged into separate groups to be called in morning or afternoon sessions. Jurors should be individually questioned so that jurors with direct experience to the bombing or extremely strong opinions do not influence other panel members. Counsel should be allowed to ask some follow-up questions to jurors based on their questionnaire responses as well as some limited additional voir dire questions. While this can be an extensive process, it can also be done quite efficiently. Although there is no prescribed length of time needed to explore potential juror bias, some jurors can be done in a few minutes, while some may take as long as 15 minutes or more.

7.      At the end of questioning of each juror, the each side will either pass for cause or make a cause challenge, with the Court ruling on that cause challenge.

8.      At the end of this process, each side will have sufficient time, preferably overnight, to review the final panel and submit its peremptory strikes.

## II.   __PROPOSED JUROR QUESTIONNIARE__

[*The rest of this page has intentionally been left blank.*]

*Juror #:* _____

## JURY QUESTIONNAIRE

This questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in this case. Its use may avoid the necessity of asking these questions of each prospective juror in open court, thereby substantially shortening the jury selection process. The purpose of these questions is to determine whether prospective jurors can impartially decide this case based upon the evidence presented at trial and the instructions on the law given by the judge. The questions are not intended to inquire unnecessarily into personal matters. All information contained in this questionnaire will be kept confidential and under seal.

Respond to each question as fully and completely as possible. Your complete candor and honesty is necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury. Your cooperation is of vital importance.

You are sworn to give true and complete answers and those answers will be available only to the Court and the parties in this case. The questionnaires belong to the Court and all copies will be returned to the Court once a juror is excused. You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors.

If you require additional space for your responses, or wish to make further comments regarding any of your answers, please use the Explanation Sheet (on the next to last page). Put the number of the question you are answering on the Explanation Sheet before you write the response or comment.

Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are far more helpful than incomplete answers.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues to be decided in this case.

Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

### PLEASE PRINT LEGIBLY - PLEASE USE ONLY DARK INK

*Juror #:* _____  _____

1. Juror Name: _____   ID #: _____

## SECTION I: ABILITY TO SERVE

2. Do you have any difficulty reading, writing, speaking, or understanding English? _____ Yes _____ No

3. Do you have any problem with your hearing or vision that would make it difficult for you to serve as a juror?

   _____ Yes _____ No

   If **YES**, please explain: _____

   _____

4. Do you have any medical conditions that would make it difficult for you to serve as a juror?

   _____ Yes _____ No

   If **YES**, please explain: _____

   _____

5. Are you taking any medication that could interfere with your ability to concentrate or serve as a juror?

   _____ Yes _____ No

   If **YES**, please explain: _____

   _____

6. This case is expected to last for four weeks. Would serving on this jury cause you any type of hardship?

   _____ Yes _____ No

   If **YES**, please explain: _____

   _____

   _____

7. The defendant in this case knows a suspect related to the bombing incident that occurred at the Boston Marathon on April 15th, 2013? Is there anything about these events that would make it difficult for you to be a completely fair and impartial juror in this case? _____ Yes _____ No

   If **YES**, please explain: _____

   _____

8. Do you have any beliefs, attitudes, or opinions about criminal defense attorneys and/or criminal defendants that would make it difficult for you to be a completely fair and impartial juror in this case?

   _____ Yes _____ No

   If **YES**, please explain: _____

   _____

   _____

9. Do you have any beliefs, attitudes, or opinions about federal law enforcement and/or the United States Attorney's Office that would make it difficult for you to be a completely fair and impartial juror in this case?

   _____ Yes _____ No

   If **YES**, please explain: _____

   _____

   _____

2

*Juror #:* _____

10. It is likely that this case will be covered by the news media. You will be instructed that you are not allowed to read, watch or listen to any news coverage of this case, during the trial, including online & social media. Will you have difficulty following that instruction? _____ Yes _____ No

If **YES**, please explain: _____

_____

_____

11. The defendant was born in Kazakhstan, and is of Russian descent. Do you have any beliefs, attitudes, or opinions regarding Kazakhstan, Russia, Eastern Europe, and the people who live there that would make it difficult for you to be a completely fair and impartial juror in this case? _____ Yes _____ No

If **YES**, please explain: _____

_____

_____

12. The defendant is a Muslim. Do you have any beliefs, attitudes, or opinions about Islam and/or Muslims that would make it difficult for you to be a completely fair and impartial juror in this case?

_____ Yes _____ No

If **YES**, please explain: _____

_____

_____

13. Is there any other reason (for example, a religious, philosophical, or personal belief) that it would be difficult for you to be a completely fair and impartial juror in this case? _____ Yes _____ No

If **YES**, please explain: _____

_____

_____

14. Can you assure the Court with 100% certainty that there is nothing that may even slightly affect your ability to be a fair and impartial juror in this case? _____ Yes _____ No

If **NO**, please explain: _____

_____

_____

15. Is there anything else that the court should know about that could potentially affect your ability to be a fair or impartial juror in this case? _____ Yes _____ No

If **YES**, please explain: _____

_____

_____

## SECTION II: DEMOGRAPHICS

16. Date of Birth: _____ 17. Place of Birth: _____ 18. Gender: __ Male __ Female

19. City or town where you live: _____

20. How long have you lived in the Boston area? _____

21. Where else have you lived and for how long did you live in each area? _____

_____

_____

3

*Juror #:* _____ _____

**22.** What is your marital status? (Check all that apply)

_____ Single and never married          _____ Currently married for ____ years

_____ Living with a partner for ____ years    _____ Widowed for ____ years

_____ Divorced  (**a.** # of times divorced: ____    **b.** Married: ____ years    **c.** Divorced: ____ years)

**23.** What is your and your spouse/partner's (if applicable) highest completed level of education?

|  | <u>Myself</u> | <u>My Spouse/Partner</u> |
|---|---|---|
| Grade School | _____ | _____ |
| High School Graduate/GED | _____ | _____ |
| Some College | _____ | _____ |
| Associate Degree, Community/Junior College | _____ | _____ |
| Technical, Trade, or Business School | _____ | _____ |
| Bachelors Degree | _____ | _____ |
| Graduate or Professional Degree | _____ | _____ |

**24.** If you attended school after high school, including any trade or vocational schools, please list each school, your major areas of study, and any degrees or certificates that you have received:

_____

_____

**25.** What is your current employment status (please check all that apply):

_____ Employed full time          _____ Looking for Work

_____ Employed part time          _____ Retired – When? _____

_____ Stay-at-home parent         _____ Disabled

_____ Self-Employed               _____ Full-Time Student – Area of Study: _____

_____ Unemployed                  _____ Other: _____

**26.** What is your current occupation? If retired, unemployed, or disabled, what was your most recent occupation?

_____

_____

**27.** Name and location of current or most recent employer:

_____

_____

**a.** Job title: _____

**b.** Job duties (describe briefly): _____

**c.** How long have you worked at your current or most recent job? _____

**d.** Do/did you supervise other persons?          ____YES ____ NO  If YES, how many? ____

**e.** Do/did you have the ability to hire and fire employees?   ____YES ____ NO

**f.** What other positions have you held there? _____

_____

**g.** What do/did you do at work on a daily basis? _____

_____

4

*Juror #:* _____

**28.** What previous jobs or occupations have you held?

_____

_____

**29.** What is your spouse or partner's current employment status (please check all that apply):

| | | | |
|---|---|---|---|
| _____ Employed full time | | _____ Looking for Work | |
| _____ Employed part time | | _____ Retired – When? _____ | |
| _____ Stay-at-home parent | | _____ Disabled | |
| _____ Self-Employed | | _____ Full-Time Student – Area of Study: _____ | |
| _____ Unemployed | | _____ Other: _____ | |
| _____ Not Applicable | | | |

**30.** Please list the job title and employer of your spouse or partner's current or most recent job:

_____

_____

**31.** If you have any children or stepchildren, please list the following information for each:

| Sex | Age | Live with you? | In College Now? | Education Level | Occupation |
|---|---|---|---|---|---|
| a. _____ | | Yes   No | Yes   No | | |
| b. _____ | | Yes   No | Yes   No | | _____ |
| c. _____ | | Yes   No | Yes   No | | _____ |

**32.** What did or do your parents (and/or step-parents) do for a living?

Mother: _____   Step-Mother: _____

Father: _____   Step-Father: _____

**33.** Have you or has anyone close to you had employment, education, experience, or training in the following:

| | | | | | |
|---|---|---|---|---|---|
| Law/The Legal System | ____YES | ____NO | Forensics | ____YES | ____NO |
| Judge | ____YES | ____NO | Psychology or Psychiatry | ____YES | ____NO |
| Law clerk | ____YES | ____NO | Social Work | ____YES | ____NO |
| Court clerk | ____YES | ____NO | Counseling of Any Type | ____YES | ____NO |
| Court security officer | ____YES | ____NO | Alcohol or Drug Treatment | ____YES | ____NO |
| Probation officer | ____YES | ____NO | Explosives | ____YES | ____NO |
| Parole officer | ____YES | ____NO | Islam | ____YES | ____NO |
| Law Enforcement | ____YES | ____NO | Religious Studies | ____YES | ____NO |
| Media/Journalism/ News | ____YES | ____NO | | | |

**a.** If **YES** to any of the above, please explain:

_____

_____

_____

*Juror #:* _____

**34.** Have you or has anyone close to you ever been employed by any of the following:

| Agency | Employed? | | | Please Explain |
|---|---|---|---|---|
| Massachusetts State Police | ☐ Self<br>Family | Spouse<br>Friend | No One | |
| Federal Bureau of Investigation ("FBI") | Self<br>Family | Spouse<br>Friend | No One | |
| Immigration & Naturalization Service ("INS") | Self<br>Family | Spouse<br>Friend | No One | |
| Department of Homeland Security ("HSI") | Self<br>Family | Spouse<br>Friend | No One | |
| U.S. Marshal's Service | Self<br>Family | Spouse<br>Friend | No One | |
| Drug Enforcement Agency ("DEA") | Self<br>Family | Spouse<br>Friend | No One | |
| Central Intelligence Agency ("CIA") | Self<br>Family | Spouse<br>Friend | No One | |
| Department of Justice ("DOJ") | Self<br>Family | Spouse<br>Friend | No One | |
| U.S. Attorney's Office | Self<br>Family | Spouse<br>Friend | No One | |
| District Attorney's Office | Self<br>Family | Spouse<br>Friend | No One | |
| Any Other Investigative, Law Enforcement, or Prosecutorial Office | Self<br>Family | Spouse<br>Friend | No One | |

**35.** Do you consider yourself to have any special training or knowledge, and/or do you consider yourself to be an expert in any particular field(s) or discipline(s)?          _____ Yes          _____ No

If **YES**, please explain: _____          _____

_____          _____

**36.** Have you or has your spouse or partner ever served in the armed forces?          _____ Yes          _____ No

If **YES**, please answer the following:

|  | **You** | **Spouse/Partner** |
|---|---|---|
| **a.** Branch and highest rank | _____ | _____ |
| **b.** Dates of service | _____ | _____ |
| **c.** Place of Service | _____ | _____ |
| **d.** Type of Discharge | _____ | _____ |

**e.** Did you or your spouse/partner ever serve on a court martial, in the military police, shore patrol, or any

other area of military law enforcement?          _____ Yes          _____ No

6

**37.** What is your MAIN source of news?

      _____ Television

      _____ Radio

      _____ Newspaper

      _____ Internet

      _____ Family/Friends

      _____ I don't follow the news

**38.** How often do you check, follow, or read the news?

      _____ Multiple times a day

      _____ Once a day

      _____ Several times a week

      _____ Once or twice a week

      _____ Less than once a week

      _____ Almost never

**39.** Have you followed any major criminal trials in the news media?    _____ Yes    _____ No

If **YES**, please explain which trials, if you had an opinion about the guilt of the defendant(s) in that/those

trials, and what that opinion was:

_____

_____

_____

_____

**40.** What television programs do you regularly watch?

_____

_____

**41.** What radio shows do you regularly listen to?

_____

_____

**42.** What websites do you regularly visit?

_____

_____

**43.** What magazines or trade publications do you regularly read?

_____

_____

**44.** What newspapers do you regularly read (print or online)?

_____

_____

*Juror #:* _____

**45.** Do you regularly watch, listen to, or read legal dramas/thrillers?  _____ Yes  _____ No

If **YES**, which ones?  ___ _____  _____

**46.** Do you ever blog about or leave online comments on major news stories?  _____ Yes  _____ No

If **YES**, please explain: _____  _____ - _____

_____

_____

## SECTION III: CASE-SPECIFIC OPINIONS & EXPERIENCES

**47.** Have you ever visited anywhere in Eastern Europe?  _____ Yes  _____ No

If **YES**, please list where you have been and the purpose for your visit(s):

_____

_____

**48.** Have you ever been to Kazakhstan?  _____ Yes  _____ No

If **YES**, please list where you have been and the purpose for your visit(s):

_____

_____

**49.** Have you ever been to Russia?  _____ Yes  _____ No

If **YES**, please list where you have been and the purpose for your visit(s):

_____

_____

**50.** What are your general impressions, beliefs, or opinions about Kazakhstan or people from Kazakhstan?

_____

_____

_____

**51.** What are your general impressions, beliefs, or opinions about Russia or people from Russia?

_____

_____

_____

**52.** What is your general opinion of foreign-born students who come to the United States for college/university?

_____

_____

_____

**53.** What is your general opinion of Islam and Muslims?

_____

_____

_____

**54.** Do you believe that Muslims are more likely to commit criminal acts than non-Muslims?

_____ Yes _____ No

If **YES**, please explain: _____

_____

_____

## SECTION IV: CASE KNOWLEDGE AND RELEVANT EXPERIENCES

**55.** Are you familiar with the name Azamat Tazhayakov? _____ Yes _____ No

If **YES**, please explain your familiarity, what you have heard, and where you heard it:

_____

_____

_____

**56.** The defendant in this case is charged with conspiracy to obstruct justice and obstruction of justice. Do you recall hearing anything about this case in the media? _____ Yes _____ No

If **YES**, please explain what you heard and what your opinions of the case are:

_____

_____

_____

**57.** Have you ever run in, attended, worked for, or worked in any industry related to or affected by the Boston Marathon? _____ Yes _____ No

If **YES**, please explain:

_____

_____

**58.** Are you familiar with the bombing that occurred during the Boston Marathon on April 15th, 2013?

_____ Yes _____ No

**59.** How closely did you follow news stories and reporting on the bombing that occurred during the Boston Marathon?

_____ Followed closely _____ Followed some _____ Followed a little

_____ Barely followed _____ Did not follow

**60.** How closely did you follow news stories and reporting on the pursuit and arrest of the suspects in the Boston Marathon bombing?

_____ Followed closely _____ Followed some _____ Followed a little

_____ Barely followed _____ Did not follow

**61.** How closely did you follow news stories and reporting on the arrest of a group of students that went to college with and were friends with one of the suspects of the Boston Marathon bombing?

_____ Followed closely _____ Followed some _____ Followed a little

_____ Barely followed _____ Did not follow

*Juror #:* _____

62. How closely did you follow news stories and reporting on the anniversary of the Boston Marathon bombing?

_____ Followed closely          _____ Followed some          _____ Followed a little

_____ Barely followed          _____ Did not follow

63. Please give a rough, general estimate of how many news stories you think you have seen, read, or heard involving the Boston Marathon and its anniversary: _____

64. Did any of those news stories express an opinion about the guilt or innocence of those who are accused of carrying out the Boston Marathon?          _____ Yes          _____ No

If **YES**, please explain those opinions:

_____

_____

_____

_____

_____

65. Did any of those news stories express an opinion about the guilt or innocence of the friends of those who are accused of carrying out the Boston Marathon bombing?          _____ Yes          _____ No

If **YES**, please explain those opinions:

_____

_____

_____

_____

_____

66. Did you see, hear, or read any news stories or media recently regarding the recent anniversary of the Boston Marathon bombing?          _____ Yes          _____ No

If **YES**, please explain what you saw, read, or heard:

_____

_____

_____

_____

_____

67. Did you talk about the Boston Marathon bombing with any friends, family members, or co-workers?          _____ Yes          _____ No

If **YES**, please generally explain the conversations you had:

_____

_____

_____

_____

_____

*Juror #:* _____

**68.** Did you, or did any family members or close friends participate in any kind of community activity related to the Boston Marathon bombing (vigils, rallies, fundraisers, etc.)?  _____ Yes  _____ No

If **YES**, please list the events and briefly describe them:

_____

_____

_____

**69.** Were you, a family member, or a close friend impacted in ANY way (physically, emotionally, or mentally) by the Boston Marathon bombing?  _____ Yes  _____ No

If **YES**, please explain:

_____

_____

_____

_____

**70.** Have you ever openly expressed any opinions about the guilt or innocence of those accused of carrying out the Boston Marathon bombing?  _____ Yes  _____ No

If **YES**, please explain that opinion:

_____

_____

_____

**71.** Has anyone close to you ever openly expressing any opinions about the guilt or innocence of those accused of carrying out the Boston Marathon bombing?  _____ Yes  _____ No

If **YES**, please explain those opinions:

_____

_____

_____

**72.** Have you ever expressed any opinions about the guilt or innocence of the friends of those accused of carrying out the Boston Marathon bombing?  _____ Yes  _____ No

If **YES**, please explain that opinion:

_____

_____

_____

11

*Juror #:* _____

**73.** Has anyone close to you ever expressed any opinions about the guilt or innocence of the friends of those accused of carrying out the Boston Marathon bombing?   _____ Yes   _____ No

If **YES**, please explain that opinion:

_____

_____

_____

**74.** Do you believe that the Boston Marathon bombing was part of a group conspiracy larger than just the two brothers who have been accused of carrying it out?   _____ Yes   _____ No

If **YES**, please explain:

_____

_____

_____

**75.** Do you have any opinions on how those who carried out the Boston Marathon bombing should be punished?   _____ Yes   _____ No

If **YES**, please explain those opinions:

_____

_____

_____

**76.** Do you have any opinion on how the friends of those who carried out the Boston Marathon bombing should be punished?   _____ Yes   _____ No

If **YES**, please explain those opinions:

_____

_____

_____

**77.** Is there ANYTHING that could affect your ability to be a fair or impartial juror in a case related to the Boston Marathon bombing?   _____ Yes   _____ No

If **YES**, please explain:

_____

_____

_____

_____

**78.** How do you think you would be viewed by friends and family if you, based on the evidence, were to deliver a "Guilty" verdict? _____

_____

_____

_____

12

*Juror #:* _____

**79.** How do you think you would be viewed by friends and family if you, based on the evidence, were to deliver a "Not Guilty" verdict? _____

_____

_____

_____

**80.** This case will be followed closely by the news media and by the public. Do you think that media attention and public pressure could potentially influence your verdict in any way in this case?

_____ Yes     _____ No

**81.** If you felt that the prosecution did not meet their burden of proof and you voted to acquit the defendant, would you be afraid of a negative public outcry or criticism from friends, family, co-workers, or community?

_____ Yes     _____ No

**82.** As you sit here right now, do you have any kind of belief or opinion as to the guilt or innocence of the defendant?     _____ Yes     _____ No

If **YES**, please explain:

_____

_____

_____

## SECTION V: LEGAL OPINIONS

### *INDICATE IF YOU AGREE OR DISAGREE WITH EACH OF THE FOLLOWING STATEMENTS:*

| | | |
|---|---|---|
| **83.** Regardless of what the law says, a defendant in a criminal trial should be required to prove his or her innocence. | _____ AGREE | _____ DISAGREE |
| **84.** In a trial, I would need to hear the defendant testify. | _____ AGREE | _____ DISAGREE |
| **85.** Criminals are given sentences that are too lenient. | _____ AGREE | _____ DISAGREE |
| **86.** It is better for society to let some guilty people go free than to risk convicting an innocent person. | _____ AGREE | _____ DISAGREE |
| **87.** The criminal justice system is biased in favor of criminal defendants. | _____ AGREE | _____ DISAGREE |
| **88.** The criminal justice system makes it too hard for the police and prosecutors to convict people who have been accused of crimes. | _____ AGREE | _____ DISAGREE |
| **89.** Our court system allows defendants who are clearly guilty to go free too often. | _____ AGREE | _____ DISAGREE |
| **90.** When the news media reports about major criminal cases, they typically get all of the facts right. | _____ AGREE | _____ DISAGREE |
| **91.** In a trial, I would be comfortable convicting someone based solely on the testimony of law enforcement. | _____ AGREE | _____ DISAGREE |
| **92.** Most criminals have family members or friends that had some advance knowledge that they would commit their crimes | _____ AGREE | _____ DISAGREE |
| **93.** Family members and friends of criminals usually try to cover up their crimes | _____ AGREE | _____ DISAGREE |

*Juror #:* _____

## SECTION VI: COMMUNITY PARTICIPATION & EXPERIENCES

**94.** Have you ever held a leadership position in any club or organization?          _____ Yes          _____ No

If **YES**, please explain:

_____

_____

**95.** Do you or have you ever belonged to any group, club, or organization that is primarily focused on civil and community service (Rotary, Kiwanis, American Legion, etc.)?          _____ Yes          _____ No

If **YES**, please list:

_____

_____

**96.** Do you or have you ever belonged to any group, club, or organization that is primarily focused on crime prevention (Neighborhood Watch, Mothers Against Drunk Driving, etc.)?          _____ Yes          _____ No

If **YES**, please list:

_____

_____

**97.** Do you or have you ever belonged to any group, club, or organization that is primarily focused on influencing public policy or bringing about civil or political change (The NRA, the ACLU, the NAACP, etc.)?

_____ Yes          _____ No

If **YES**, please list:

_____

_____

**98.** Do you or have you ever belonged to any group, club, or organization that is primarily focused on human rights and human rights advocacy?          _____ Yes          _____ No

If **YES**, please list:

_____

_____

**99.** Do you or have you ever belonged to any group, club, or organization that is primarily focused on victims' rights and victims' rights advocacy?          _____ Yes          _____ No

If **YES**, please list:

_____

_____

**100.** Do you or have you ever belonged to any other organization of a type that was not listed above?

_____ Yes          _____ No

If **YES**, please list:

_____

_____

14

*Juror #:* _____

**101.** Do you actively participate in any organizations, groups, or clubs?   _____ Yes   _____ No

If **YES**, please list:

_____

_____

**102.** How much do you think you know about the day to day activities of your close friends?

_____ Almost everything   _____ A lot   _____ Some

_____ A little   _____ Almost nothing

## SECTION VII: WITNESSES & STATEMENTS

**103.** Do you believe that you can get a good read on a person's innocence or guilt by observing the way he or she behaves, dresses, or appears in court?   _____ Yes   _____ No

**104.** Would you favor the side of a lawsuit that called more law enforcement officers as witnesses than the other side?   _____ Yes   _____ No

**105.** Experts will be called by both sides in this case. In a criminal case, do you feel differently about experts called by the government in a case vs. experts called by the defense?   _____ Yes   _____ No

If **YES**, please explain: _____

_____

_____

**106.** Do you think that prosecution witnesses and experts who work for the FBI, Homeland Security, and other government agencies are more credible than other experts?   _____ Yes   _____ No

If **YES**, please explain: _____

_____

_____

**107.** Do you think that experts that are called by the defense are less credible because they are hired and paid for by the attorneys for a criminal defendant?   _____ Yes   _____ No

If **YES**, please explain: _____

_____

_____

**108.** Would you be inclined to believe a prosecution witness more than a defense witness?

_____ Yes   _____ No

If **YES**, please explain why: _____

_____

_____

**109.** Do you believe that law enforcement is more trustworthy than the average person?   _____ Yes   _____ No

If **YES**, please explain why: _____

_____

_____

15

*Juror #:* _____

110. Do you believe that FBI agents are more trustworthy than the average person?   _____ Yes   _____ No

If **YES**, please explain why: _____

_____

_____

111. Some of the testimony in this case may be presented through a linguist or an interpreter. Do you believe that testimony that comes from a linguist or interpreter is less believable or trustworthy than testimony that comes directly from an individual?   _____ Yes   _____ No

If **YES**, please explain why: _____

_____

_____

**SECTION VIII: LEGAL EXPERIENCES**

112. Do you know anyone who works for the courts (judges, bailiffs, clerks, etc.)?   _____ Yes   _____ No

If **YES**, please list each, their job, and your relationship with them:

_____

_____

_____

113. Do you know anyone who works for any sort of prosecutorial agency (District Attorney, Department of Justice, etc.)?   _____ Yes   _____ No

If **YES**, please list each, their job, and your relationship with them:

_____

_____

_____

114. Do you know anyone who works for or as a criminal defense attorney?   _____ Yes   _____ No

If **YES**, please list each, their job, and your relationship with them:

_____

_____

_____

115. Have you ever been involved in a civil lawsuit?   _____ Yes   _____ No

If **YES**, please explain the circumstances and how satisfied you were with the outcome:

_____

_____

116. Not including traffic court or divorce proceedings, have you ever been in involved in any type of court case?
   _____ Yes   _____ No

If **YES**, please explain: _____

_____

_____

16

*Juror #:* _____

**117.** Have you, or has a close friend or family member ever witnessed or been the victim of a serious crime?

_____ Yes          _____ No

**a. If YES, please provide the following information:**

| Relationship to Person | Type of Crime | Victim or Witness? | Reported to police? | Was anyone caught? | Case Outcome |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**b.** Overall, were you satisfied with how law enforcement handled the cases?   _____ Yes   _____ No

**c.** Did any of these cases result in a court hearing that you attended or testified at?   _____ Yes   _____ No

**d.** Did any of these cases leave a strong effect on you and your general attitude toward crime?

_____ Yes          _____ No

If **YES**, please explain: _____

_____

_____

**118.** Do you have any exposure to or experience with military tribunals or court-martials?

_____ Yes          _____ No

If **YES**, please explain:

_____

_____

_____

**119.** Have you or has a family member or close friend ever been charged with a crime?   _____ Yes   _____ No

If **YES**, please provide the following information:

| Relationship to Person | Crime(s) Charged | Case Outcome |
|---|---|---|
| | | |
| | | |

**120.** Have you ever served on a jury?   _____ Yes   _____ No

If **YES**, please provide the following information:

| Year | Civil or Criminal? | Type of Case | Was a Verdict Reached? (Y/N ONLY) | |
|---|---|---|---|---|
| | | | _____ Yes | _____ No |
| | | | _____ Yes | _____ No |
| | | | _____ Yes | _____ No |
| | | | _____ Yes | _____ No |

**121.** Have you ever been the foreperson of a jury?   _____ Yes   _____ No

If **YES**, how many times? _____

17

*Juror #:* _____

**122.** Have you, or a family member or a close friend, ever sought employment by or seriously considered training

with any law enforcement agency or related agency such as police department, sheriffs department,

correctional institution, district attorney's office, FBI, etc.? _____ Yes _____ No

If **YES**, please explain:

_____

_____

_____

**123.** Have you had any legal training? _____ Yes _____ No

If **YES**, please explain:

_____

_____

**124.** Have you ever had a negative experience with any judges or attorneys? _____ Yes _____ No

If **YES**, please explain:

_____

_____

_____

**125.** What are your opinions of criminal defense attorneys in high profile cases?

_____

_____

_____

_____

**126.** What are your opinions of federal prosecutors?

_____

_____

_____

_____

**127.** What are your general opinions of the American criminal justice system?

_____

_____

_____

_____

**128.** Do you think our criminal justice system unfairly favors one side over the other? _____ Yes _____ No

If **YES**, please explain:

_____

_____

_____

*Juror #:* _____ _____

## SECTION IX: OTHER QUESTIONS

**129.** Some of the following locations may be discussed during the trial:

a. Boston, Massachusetts

b. New Bedford, Massachusetts

c. Watertown, Massachusetts

d. University of Massachusetts – Dartmouth

Have you or has any family member or close friend ever lived or worked at or near any of these locations?

_____ Yes _____ No

If **YES**, please explain:

_____

_____

**130.** Do you or do any family members or close friends speak Russian or regional languages common in Russia?

_____ Yes _____ No

If **YES**, please state the language, how long you've know it, how fluent you are, and how often you speak it:

_____

**131.** Have you or has a family member or close friend ever been treated for any kind of substance abuse problem?

_____ Yes _____ No

If **YES**, please explain:

_____

_____

**132.** Do you believe that people that recreationally use marijuana are more likely to commit serious crimes than those who do not?

_____ Yes _____ No

If **YES**, please explain:

_____

_____

**133.** Do you know anyone who has ever been a victim of, or been in the vicinity of, any type of bombing attack?

_____ Yes _____ No

If **YES**, please explain:

_____

_____

**134.** At this point, are there any other reasons you think you may not be able to serve as a fair and impartial juror in this case?

_____ Yes _____ No

If **YES**, please explain:

_____

_____

_____

19

**135.** Is there anything else you think the judge or the attorneys should know about you as you are considered for

jury service?   _____ Yes   _____ No

If **YES**, please explain:

_____

_____

_____

_____

_____

_____

_____

## SECTION X: LIST OF RELEVANT PARTIES

**136.** Please carefully read the following list and place a check mark by the names of any of individuals or groups

that you know or have heard of:

| | |
|---|---|
| Dzhokhar Tsarnaev | _____ |
| Tamerlan Tsarnaev | _____ |
| Dias Kadyrbayev | _____ |
| Robel Kidane Phillipos | _____ |
| | |
| Assistant US Attorney Stephanie Siegmann | _____ |
| Assistant US Attorney John Capin | _____ |
| | |
| Defense Attorney Nicholas Wooldridge | _____ |
| Defense Attorney Matthew Meyers | _____ |
| | |
| FBI Special Agent Erik Anderson | _____ |
| FBI Special Agent Ryan Arnold | _____ |
| FBI Special Agent Farbod Azad | _____ |
| FBI Special Agent Kenneth Benton | _____ |
| FBI Special Agent Christopher Burke | _____ |
| FBI Special Agent David Cedarleaf | _____ |
| FBI Special Agent Jayson Chambers | _____ |
| FBI Special Agent Russel Chisolm | _____ |
| FBI Special Agent Philip Christiana | _____ |
| FBI Special Agent Scott Cieplik | _____ |
| FBI Special Agent Lisa Crandall | _____ |
| FBI Special Agent Michael Delapena | _____ |
| FBI Special Agent Megan Dolan | _____ |
| FBI Special Agent Matthew Dowd | _____ |
| FBI Special Agent Christian Fierabend | _____ |
| FBI Special Agent Chad Fitzgerald | _____ |
| FBI Special Agent Daniel Genck | _____ |
| FBI Special Agent Juan Hernandez | _____ |
| FBI Special Agent James Hisgen | _____ |
| FBI Special Agent Christopher Hughes | _____ |
| FBI Special Agent Gregory Hughes | _____ |
| FBI Special Agent Nathan Michael Jacobs | _____ |
| FBI Special Agent Randy Jarvis | _____ |
| FBI Special Agent Steven Kimball | _____ |
| FBI Special Agent Jeffrey Kirkpatrick | _____ |
| FBI Special Agent Robert Marshall | _____ |
| FBI Special Agent Jeffrey Melanson | _____ |
| FBI Special Agent Amanda McDaniel | _____ |

| | |
|---|---|
| FBI Special Agent Kerri Navarro | _____ |
| FBI Special Agent Ahmed Noreen | _____ |
| FBI Special Agent Jean K. O'Connor | _____ |
| FBI Special Agent Arnati Ornello | _____ |
| FBI Special Agent David Powers | _____ |
| FBI Special Agent Rebecca J. Preston | _____ |
| FBI Special Agent Timothy J. Quinn | _____ |
| FBI Special Agent James P. Risgen | _____ |
| FBI Special Agent Carlos Rosero | _____ |
| FBI Special Agent Steven Schiliro | _____ |
| FBI Special Agent David Scott | _____ |
| FBI Special Agent Michael Sieland | _____ |
| FBI Special Agent Brian Sindoni | _____ |
| FBI Special Agent Philip M. Sliney, Jr. | _____ |
| FBI Special Agent Kara D. Spice | _____ |
| FBI Special Agent Marco A. Trevino | _____ |
| FBI Special Agent Efrain Vazquez | _____ |
| FBI Special Agent Janet A. Waldron | _____ |
| FBI Special Agent John Walker | _____ |
| FBI Special Agent Sara Wood | _____ |
| FBI Linguist Sabirjan Kaurmayev | _____ |
| FBI Linguist Marina Weinstein | _____ |
| FBI Bomb Expert David A. McCollam | _____ |
| FBI Computer Forensic Examiner | |
| Special Agent James E. Scripture, Jr. | _____ |
| FBI DNA Analyst Alan Giusti | _____ |
| FBI Document Examiner Gabriel Watts | _____ |
| FBI Fingerprint Analyst Elaina Graff | _____ |
| FBI iPhone Expert Joseph Friesen | _____ |
| FBI Photographer Jennifer Combs | _____ |
| FBI Photographer Courtney Schenck | _____ |
| | |
| ATF Special Agent Brian Person | _____ |
| | |
| HSI Special Agent Henry Basile | _____ |
| HSI Special Agent Michael Blane | _____ |
| HSI Special Agent Geoffrey Howes | _____ |
| HSI Special Agent Candice Kelly | _____ |
| HSI Special Agent Douglas McDonnell | _____ |
| HSI Special Agent McDonough | _____ |

Juror #: _____

HSI Special Agent Steven Valentine          _____
HSI Special Agent Jamison Wiroll            _____

IRS Special Agent James Clarke              _____

TFO Special Agent Kurt Ferrazini            _____

Polygraph Examiner Marc A. Divittis         _____

Department of Transportation, Office of
Inspector General
Special Agent Dwight Schwader               _____
Department of Transportation, Office of
Inspector General
Special Agent Frank Italia                  _____

Essex County Sheriff's Department
Deputy Sheriff David Earle                  _____


UMASS Police Dept.
Capt. Timothy Sheehan                       _____
UMASS Police Dept.
Det. Ernie Belliveau                        _____
UMASS-Dartmouth Chief of Police
Emil Fioravanti                             _____

UMASS-Dartmouth Dir. of Int'l Student
& Scholar Center Christina Bruen            _____
University of Massachusetts
Custodian of Records                        _____

Mass. State Police Det. Eric Benson         _____
Mass. State Police Det. Timothy Crowley     _____
Mass. State Police Det. Robert Kilnap       _____
Mass. State Police Det. Chad Laliberte      _____
Mass. State Police Sgt. Gerard Galizio      _____
Mass. State Police Det. Daniel Thom         _____

Filmon Tamesgen Abadi                       _____
Hermon Abadi                                _____
Farah Aldabbagh                             _____
Scott Alfonse, Dir., Crapo Landfill         _____
Arsen Alibi                                 _____
Batyrbek Amirkhanov                         _____
Genet Beckele                               _____

David Borden                                _____
Michael Creese                              _____
Andrew Dwinells                             _____
Tiffany Evora                               _____
David Fernandes                             _____
Russell Frade, Frades Disposal, Inc.        _____
Eden Gebrezgi                               _____
Alexa Guevara                               _____
Bayan Kumiskali                             _____
James Lefton                                _____
Quan LePhan                                 _____
James Li                                    _____
Greg Maslin                                 _____

Jim McCall, *Esq.*                          _____
Anthony Montenegro                          _____
Saya Murzalina                              _____
Steven Pouliot                              _____
Anatoly Prokupets                           _____
Sagar Rai                                   _____
Carlos Rohena                               _____
Pamela Rolon                                _____
Lino Rosas                                  _____
Bexultan Sandibekov                         _____
Elliot Savitz, *Esq.*                       _____
Steven Silva                                _____
Tracy Sousa                                 _____
Adlet Tkishev                               _____
Adlat Nurzhanyli Tkishev                    _____
Paola Toledo                                _____
Meghan Tsai                                 _____

21

**EXPLANATION SHEET**

I, [PRINT NAME] _____ , hereby declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others or received assistance in  completing the questionnaire.  I have answered all of the above questions in this Jury Questionnaire myself.

Executed in the District of Massachusetts, on this _____day of June, 2014.


_____

Signature

## CONCLUSION

Defendant Azamat Tazhayakov respectfully requests that the foregoing proposed jury selection procedures and juror questionnaire be utilized.

Dated: New York, New York
June 13, 2014

Respectfully submitted,

/s/ Nicholas M. Wooldridge

Nicholas M. Wooldridge, Esq.
Bukh & Associates, PLLC
1123 Avenue Z
Brooklyn, New York 11235
(718) 376-6466

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2014, I served a copy of the foregoing **PROPOSED JURY INSTRUCTIONS** on the Assistant United States Attorneys John A. Capin and B. Stephanie Siegmann by electronic mail.

/s/ Nicholas M. Wooldridge, Esq.

Nicholas M. Wooldridge, Esq.
*Attorney for the Defendant Azamat Tazhayakov*