UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>                                      )    CRIMINAL NO. 13-10238-DPW<br>AZAMAT TAZHAYAKOV        )<br>                                      )<br>      Defendant          )<br>                                      ) | |

## VERDICT

1. **COUNT ONE** - Conspiracy to Obstruct Justice,
   18 U.S.C. § 371

As to Count One, we, the jury, find the defendant Azamat Tazhayakov with respect to the charge of conspiring to alter, destruct, conceal or cover up tangible objects alleged to have been in Dzokhar Tsarnaev's dormitory room:

**ANSWER (either "NOT GUILTY" OR "GUILTY") as to each of the following:**

    **Laptop Computer**                                                                                       _____.

    **Backpack containing fireworks, a jar of
Vaseline and a thumb drive**                         _____.

-2-

**2.    COUNT TWO - Obstruction of Justice, 18 U.S.C. § 1519**

As to Count Two, we, the jury, find the defendant Azamat Tazhayakov with respect to the charge of alteration, destruction, concealment or covering up of tangible objects alleged to have been in Dzokhar Tsarnaev's dormitory room:

**ANSWER (either "NOT GUILTY" OR "GUILTY") as to each of the following:**

    **Laptop Computer** _____.

    **Backpack containing fireworks, a jar of Vaseline and a thumb drive** _____.

_____                                            _____
DATE                                                 FOREPERSON

-2-