UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) CRIMINAL NO. 13-10238-DPW
AZAMAT TAZHAYAKOV )
)
Defendant )
)

VERDICT

1.   **COUNT ONE** - **Conspiracy to Obstruct Justice,**
**18 U.S.C. § 371**

As to Count One, we, the jury, find the defendant

Azamat Tazhayakov with respect to the charge of conspiring to

alter, destruct, conceal or cover up tangible objects alleged to

have been in Dzokhar Tsarnaev's dormitory room:

**ANSWER (either "NOT GUILTY" OR "GUILTY") as to each of the**
**following:**

**Laptop Computer**                    *Not Guity*

**Backpack containing fireworks, a jar of**    *Guilty.*
**Vaseline and a thumb drive**

-1-

2.   <u>COUNT TWO</u> - Obstruction of Justice, 18 U.S.C. § 1519

As to Count Two, we, the jury, find the defendant Azamat Tazhayakov with respect to the charge of alteration, destruction, concealment or covering up of tangible objects alleged to have been in Dzokhar Tsarnaev's dormitory room:

**ANSWER (either "NOT GUILTY" OR "GUILTY") as to each of the following:**

Laptop Computer                                             *Not Guilty*

Backpack containing fireworks, a jar of                    *Guilty*
Vaseline and a thumb drive


*7/21/2014*
DATE

*Nancy D. Giacomo*
FOREPERSON